IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QUANTUM ENTERTAINMENT LIMITED, a New Mexico limited liability company | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No: 1:07-cv-01295 RMU |
| UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF INDIAN AFFAIRS, | ) ) ) ) ) ) | Admn. Agency Review |
| Defendant. | ) | |

## PRAECIPE

THE CLERK OF COURT WILL PLEASE NOTE that Plaintiff Quantum Entertainment Limited ("QEL") is a limited liability company, and therefore is not required by LCvR 7.1 to file a disclosure of corporate affiliations and financial interests. QEL's Complaint correctly states in the caption of the case that it is a "limited liability company," but erroneously uses the term "corporation" in the description of QEL found in Paragraph 1 of the Complaint.

Respectfully Submitted,

_____
Nancy J. Appleby, Bar No. 470995
Shelby J. Kelley, Bar No. 464248
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone: (202) 828-5800
FAX: (202) 223-1225
nancy.appleby@bgllp.com
shelby.kelley@bgllp.com

Counsel for Quantum Entertainment Limited

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Praecipe was sent by first class mail, postage prepaid, this 6th of August, 2007 to:

U.S. Attorney
501 3rd Street, N.W.
Washington, DC 20001

United States Department of the Interior
Bureau of Indian Affairs
1849 C Street, N.W.
Washington, DC 20240
Mail Stop 4140

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave, NW
Washington, DC 20530

_____
Shelby J. Kelley, Esq.

DC/228676.1