IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT LIMITED, )
a New Mexico limited liability company, )
107 Rabbit Road )
Sante Fe, NM 87508 )
    Plaintiff, )
)
v. ) Case No.: 1:07-cv-01295 RMU
)
UNITED STATES DEPARTMENT )
OF THE INTERIOR )
BUREAU OF INDIAN AFFAIRS, )
1849 C Street NW )
Washington, D.C. 20240 )
Mail Stop 4140 )
    Defendant. )

## MOTION TO ADMIT COUNSEL, *PRO HAC VICE*

The undersigned, counsel for Plaintiff, Quantum Entertainment Limited ("QEL"), pursuant to LCvR 83.2(d), hereby moves this court for an Order permitting Mark A. Smith to enter his appearance on behalf of QEL in this proceeding and to practice before this Court in connection with this matter. In support of this Motion, the undersigned states as follows:

    1.    The undersigned is an attorney employed by Bracewell & Giuliani LLP, 2000 K Street, N.W., Suite 500, Washington, DC 20006, and is a member in good standing of this Court.

    2.    As set forth in the Declaration of Mark A. Smith, which is attached hereto as Exhibit A, and incorporated herein by reference, Mr. Smith is an attorney employed by Rodey, Dickason, Sloan, Akin & Robb, P.A., and is a member in good standing of the Bar of the State of New Mexico. Mr. Smith has never been disciplined by any bar, and he has been admitted *pro hac vice* in this Court once within the last two years.

3.   In accordance with the Rules, Mr. Smith will appear in association with the undersigned in all appearances before this court.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this court enter an Order permitting Mark A. Smith to enter his appearance on behalf of QEL in this proceeding and to practice before the Court in this matter.

Respectfully submitted,

_____
Nancy J. Appleby
D.C. Bar Number 470995
Shelby J. Kelley
D.C. Bar Number 464248
Bracewell & Giuliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone: (202) 828-5800
FAX: (202) 223-1225
nancy.appleby@bgllp.com
shelby.kelley@bgllp.com

Date: August 6, 2007                COUNSEL FOR QEL

DC/227804v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Admit Counsel, Pro Hac Vice was sent by first class mail, postage prepaid, this 6th of August, 2007 to:

U.S. Attorney
501 3rd Street, N.W.
Washington, DC 20001

United States Department of the Interior
Bureau of Indian Affairs
1849 C Street, N.W.
Washington, DC 20240
Mail Stop 4140

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave, NW
Washington, DC 20530

_____
Shelby J. Kelley, Esq.

DC/228676.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT LIMITED,
a New Mexico limited liability company,   )
107 Rabbit Road                           )
Sante Fe, NM 87508                        )
    Plaintiff,                            )
                                          )
    v.                                    )    Case No.: 1:07-cv-01295 RMU
                                          )
UNITED STATES DEPARTMENT                  )
OF THE INTERIOR                           )
BUREAU OF INDIAN AFFAIRS,                 )
1849 C Street NW                          )
Washington, D.C. 20240                    )
Mail Stop 4140                            )
    Defendant.                            )

## DECLARATION OF MARK A. SMITH

I, Mark A. Smith, state as follows:

1. My full name is Mark Albert Smith.

2. My office address and telephone number are: P. 0. Box 1888, Albuquerque, New Mexico 87 103; (505) 768-73 13.

3. I am admitted to practice law in the State of New Mexico.

4. I have never been disciplined by any bar.

5. I have been admitted *pro hac vice* in the U.S. District Court for the District of Columbia once in the last two years.

-2-

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending with the District of Columbia Bar.

_____
Mark A. Smith
Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
msmith@rodey.com

STATE OF NEW MEXICO    )
                       )
COUNTY OF BERNALILLO   )

Subscribed to and sworn before me by Mark A. Smith on this __20__ day of _____July_____, 2007.

_____
NOTARY PUBLIC

My Commission Expires: __June 12, 2010__.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT LIMITED, )
a New Mexico limited liability company, )
)
    Plaintiff, )
)
    v. )    Case No.: 1:07-cv-01295 RMU
)
UNITED STATES DEPARTMENT )
OF THE INTERIOR )
BUREAU OF INDIAN AFFAIRS, )
)
    Defendant. )

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Admit Counsel, *Pro Hac Vice,* and it appearing that Mark A. Smith is qualified under the Rules to practice before this Court, it is this ____ day of _____, 2007, hereby

ORDERED, that the Motion to Admit Counsel, *Pro Hac Vice* be, and the same hereby is, GRANTED, and that Mark A. Smith shall be permitted to practice before this Court on behalf of Plaintiff in all matters related to the captioned proceedings.

_____
Judge Ricardo M. Urbina

cc:    Nancy J. Appleby
    Shelby J. Kelley
    Bracewell & Giuliani LLP
    2000 K Street, N.W., Suite 500
    Washington, DC 20006
    nancy.appleby@bgllp.com
    shelby.kelley@bgllp.com

    Mark A. Smith
    Dickason, Sloan, Akin & Robb, P.A.
    P.O. Box 1888
    Albuquerque, New Mexico 87103
    msmith@rodey.com