# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUANTUM ENTERTAINMENT LIMITED, a New Mexico limited liability company, 102 Rabbit Road, Santa Fe, NM 87508<br><br>          Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF INDIAN AFFAIRS 1849 C Street NW Washington, DC 20240 Mail Stop 4140<br><br>          Defendant. | Civil No. 1:07cv01295-RMU |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Devon Lehman McCune as counsel for the Defendant. All files, papers, and correspondence to Ms. McCune should be addressed as follows:

> Devon Lehman McCune
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 1961 Stout Street, 8th Floor
> Denver, CO 80294
> Telephone: 303-844-1487
> Telefax: 303-844-1350
> Email: Devon.McCune@usdoj.gov

Respectfully submitted this 9th day of October, 2007.

> RONALD J. TENPAS
> Acting Assistant Attorney General

   s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO  80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, a copy of the **NOTICE OF APPEARANCE** was electronically sent via the CM/ECF system by the United States District Court, District of Columbia to the following parties:

Shelby J. Kelley
shelby.kelley@bracewellgiuliani.com


I also hereby certify that I mailed by United States Postal Service the document to:

Mark A. Smith
Rodey, Dickason, Sloan, Akin & Robb P.A.
201 Third St., NW Suite 2200
Albuquerque, NM  87102


          s/ *Devon Lehman McCune*
          Devon Lehman McCune