**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUANTUM ENTERTAINMENT ) <br> LIMITED, a New Mexico ) <br> limited liability company, ) <br> 102 Rabbit Road, ) <br> Santa Fe, NM  87508 ) <br>   ) <br>          Plaintiff, ) <br>   ) <br>     v.   ) <br>   ) <br> UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR ) <br> BUREAU OF INDIAN AFFAIRS ) <br> 1849 C Street NW ) <br> Washington, DC  20240 ) <br> Mail Stop 4140 ) <br>   ) <br>          Defendant. ) <br> _____) | Civil No. 1:07cv01295-RMU |

**MOTION FOR 30 DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE**
**RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant United States Department of the Interior Bureau of Indian Affairs hereby requests an additional 30 days to answer or otherwise respond to Plaintiff Quantum Entertainment Limited's Complaint for Judicial Review of Federal Agency Action and Injunctive and Other Relief ("Complaint"), for the following reasons:

1.    Plaintiff served its Complaint on the United States Attorney on August 14, 2007, making Defendant's answer or other response due on October 15.

2.    Due to administrative delays, the undersigned counsel did not receive a copy of the Complaint until August 29, 2007.

3. On September 6, 2007, Judge Collyer entered judgment in *GasPlus v. United States Department of the Interior Bureau of Indian Affairs*, 03-CV-1902. *GasPlus* also deals with 25 U.S.C. § 81, the statute at issue in Plaintiff's complaint, although the Department's decision in *GasPlus* was based on a version of § 81 that was passed in 2000, while the Department's decision in this case is based on the prior version of § 81. Defendant is currently considering what impact, if any, the decision in *GasPlus* has on this case.

4. Upon receiving Plaintiff's Complaint, the undersigned contacted the Department of the Interior and determined that more time was required to appropriately respond to Plaintiff's complaint.

5. The requested extension of time, if granted, would extend the time in which Defendant may file its Answer or otherwise respond to the Complaint from October 14, 2007, until and including November 14, 2007;

6. The undersigned contacted Plaintiff's counsel, who indicated he did not oppose the motion;

7. No other deadlines will be affected by this motion; and

8. This is Defendant's first request for an extension of time.

Respectfully submitted this 9th day of October, 2007.

                RONALD J. TENPAS
                Acting Assistant Attorney General

                  s/ *Devon Lehman McCune*
                Devon Lehman McCune, Trial Attorney
                U.S. Department of Justice
                Environment & Natural Resources Division
                Natural Resources Section

        1961 Stout St., 8th Floor
        Denver, CO  80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        devon.mccune@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2007, a copy of the **MOTION FOR 30 DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was electronically sent via the CM/ECF system by the United States District Court, District of Columbia to the following parties:

Shelby J. Kelley
shelby.kelley@bracewellgiuliani.com

I also hereby certify that I mailed by United States Postal Service the document to:

Mark A. Smith
Rodey, Dickason, Sloan, Akin & Robb P.A.
201 Third St., NW Suite 2200
Albuquerque, NM  87102


    s/ *Devon Lehman McCune*
Devon Lehman McCune

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUANTUM ENTERTAINMENT ) <br> LIMITED, a New Mexico ) <br> limited liability company, ) <br> 102 Rabbit Road, ) <br> Santa Fe, NM  87508 ) <br>  ) <br>  Plaintiff, ) <br>  ) <br>  v. ) <br>  ) <br> UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR ) <br> BUREAU OF INDIAN AFFAIRS ) <br> 1849 C Street NW ) <br> Washington, DC  20240 ) <br> Mail Stop 4140 ) <br>  ) <br>  Defendant. ) <br> _____) | Civil No. 1:07cv01295-RMU |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Motion for 30 Day Extension of Time to Answer or Otherwise Respond to Complaint,

IT IS HEREBY ORDERED that Defendant's deadline for filing an answer or other response to Plaintiff's Complaint for Judicial Review of Federal Agency Action and Injunctive and Other Relief is extended up to and including November 14, 2007.

Dated this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT'
DISTRICT OF COLUMBIA