# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUANTUM ENTERTAINMENT LIMITED, a New Mexico limited liability company,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS,<br><br>    *Defendant*. | Civ. No. 1:07-cv-01295-RMU |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Kristofor R. Swanson as Counsel for the Defendant. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Swanson at the address below.

Respectfully submitted this 31st day of October, 2007.

                          RONALD J. TENPAS
                          Acting Assistant Attorney General

By:    */s/ Kristofor R. Swanson*
        KRISTOFOR R. SWANSON
        (Colo. Bar No. 39378)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, DC 20044-0663
        Tel: 202-305-0248

Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004