AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

QUANTUM ENTERTAINMENT
LIMITED,                                )
                                        )
              Plaintiff(s)              )        **APPEARANCE**
                                        )
                                        )
              vs.                       )        CASE NUMBER    1:07-cv-01295 (RMU)
UNITED STATES DEPARTMENT OF THE   )
INTERIOR BUREAU OF INDIAN AFFAIRS,  )
              Defendant(s)              )


To the Clerk of this court and all parties of record:


Please enter the appearance of   Nancy J. Appleby _____   as counsel in this
                                 (Attorney's Name)

case for:   QUANTUM ENTERTAINMENT LIMITED
_____
                        (Name of party or parties)


11/14/2007 _____                    _____
Date                                          Signature

                                              Nancy J. Appleby _____
470995 _____                        Print Name
BAR IDENTIFICATION
                                              Bracewell & Giuliani LLP, 2000 K Street, NW, Suite 500
                                              _____
                                              Address

                                              Washington, DC 20006-1872
                                              City          State          Zip Code

                                              202-828-5800
                                              _____
                                              Phone Number