IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| QUANTUM ENTERTAINMENT LIMITED, a New Mexico limited liability company, | ) ) ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | Case No: 1:07-cv-01295-RMU |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF INDIAN AFFAIRS; | ) ) ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**JOINT MOTION FOR SCHEDULING ORDER**

COME NOW Plaintiff and Defendant and jointly move the Court for a Scheduling Order in accordance with the following:

1.     This case is a request by Plaintiff for a review of federal agency action.  Plaintiff seeks judicial review, under the Administrative Procedure Act, 5 U.S.C. § 551, *et seq*., of a March 27, 2007, decision by the Interior Board of Indian Appeals regarding the Bureau of Indian Affairs Acting Southwest Regional Director's determination to invalidate a management agreement between Plaintiff and the Santo Domingo Pueblo.

2.     Both parties anticipate that the Court's review of this matter will be on the administrative record, that no discovery will be necessary, and that this case will be disposed of on motions for summary judgment.  If the case for some reason is not disposed of on summary judgment, the parties will ask the Court to revisit discovery and related scheduling issues.

3.      Both parties have agreed, subject to the Court's approval, on several scheduling matters:  the date by which the administrative record is to be submitted to the Court (May 16, 2008), the date upon which briefing shall commence (June 27, 2008), and the length of time between submission of the briefs (approximately six weeks).

4.      The parties have not agreed as to the type and number of briefs to be submitted to the Court.  Plaintiff proposes that the case be disposed of by cross-motions for summary judgment, cross-responses, and cross-replies, as set forth in the proposed order that is Attachment 1 to this motion.  Defendant proposes that its brief-in-chief and response to Plaintiff's motion for summary judgment be combined into one brief, and that Plaintiff's response and reply be combined into one brief, as set forth in the proposed order that is Attachment 2 to this motion.

5.      Immediately following, are Plaintiff's reasons for preferring the Attachment 1 Scheduling Order, and Defendant's reasons for preferring the Attachment 2 Scheduling Order.

**<u>Plaintiff – Attachment 1 Scheduling Order</u>**

Plaintiff asks the Court to allow the parties to submit simultaneous, cross motions for summary judgment.  There is only one plaintiff and one defendant in this lawsuit.  Thus, the two parties would simultaneously submit their briefs-in-chief, their responses and their replies.  This results in three due dates, and employs the familiar method contemplated by LCvR 7.  Plaintiff's proposed order (Attachment 1) is even-handed, simple, and allows each party to have the last word on its own motion.

Defendant's proposal of combined and staggered briefing is more complex, and produces little benefit in exchange.   One result of Defendant's proposal is that, even though both parties are moving for summary judgment, the last brief submitted to the Court is Defendant's reply

brief, as opposed to two simultaneous replies, as proposed by Plaintiff. Defendant has proposed to remedy this inequity by agreeing not to oppose a motion by Plaintiff to file a surreply, if Plaintiff submits such a motion. This burdens the Court with an additional motion (for surreply), creates delay, and gives the Defendant the "final word" on all motions, absent a Court order granting Plaintiff the right to file a surreply. Defendant's proposal also results in more briefing due dates and a later date for close of briefing—six weeks later, and even later than that if a motion for surreply is filed. Finally, combining briefs as proposed by Defendant may cause the briefs to be more cumbersome and more difficult to decipher. All of this burden and confusion is avoided by the parties filing simultaneous cross-motions, as suggested by Attachment 1.

Under Defendant's proposal, assuming that Plaintiff moves for and is granted a surreply, the total number of briefs filed in the matter would be 5, only one less than under Plaintiff's more traditional proposal of cross-briefing. The possibility of one less brief does not counterbalance the headache and potential unfairness that would result from effecting Defendant's proposal.

Plaintiff requests that the Court consider and enter the following schedule:

1. Defendant will file the administrative record on or before **May 16, 2008**.

2. Plaintiff and Defendant, each, will file a motion for summary judgment and memorandum in support thereof on or before **June 27, 2008**.

3. Plaintiff and Defendant, each, will file a response to the other's motion on or before **August 8, 2008**.

4. Plaintiff and Defendant, each, will file a reply to the other's response on or before **September 19, 2008**.

**<u>Defendant– Attachment 2 Scheduling Order</u>**

Defendant respectfully requests consolidated and staggered briefing to make more efficient use of the Court's resources. Plaintiff's proposed briefing schedule calls for six briefs, three by each party, with the briefs in each round to be submitted simultaneously. A more streamlined review of the issues, however, is possible via only four briefs. By consolidating Defendant's initial and response briefs, as well as Plaintiff's response and reply briefs, the Court will avoid what would undoubtedly be redundant arguments in the parties' initial, response, and reply briefs under Plaintiff's proposed schedule. Additionally, a staggered briefing schedule allows each party to directly respond to the other's arguments in-turn, thereby focusing the Court's attention on key issues. To this effect, Defendant proposes the following briefing schedule:

1.   Defendant will file the administrative record on or before **May 16, 2008**.

2.   Plaintiff will file its motion for summary judgment and memorandum in support thereof on or before **June 27, 2008**.

3.   Defendant will file its response and cross-motion for summary judgment, and joint memorandum in support thereof, on or before **August 8, 2008**.

4.   Plaintiff will file its joint memorandum in response and reply on or before **September 19, 2008**.

5.   Defendant will file its reply memorandum on or before **October 31, 2008**.

WHEREFORE, the parties ask the Court to review the above arguments and the attachments to this motion, and to enter one of the two scheduling orders.


Respectfully submitted this 9th day of May, 2008,

BRACEWELL & GIULIANI, LLP

By:_____
Nancy J. Appleby, Bar No. 470995
Shelby J. Kelley, Bar No. 464248
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone:  (202) 828-5800
FAX:  (202) 223-1225
nancy.appleby@bgllp.com
shelby.kelley@bgllp.com

-and-

RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.

By: _/s/ Mark A. Smith_____
Mark A. Smith (Appearing under Minute Order
dated 3/11/08, Granting Pro Hac Vice Motion)
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 768-7500
FAX: (505) 768-7395

*Attorneys for Quantum Entertainment Limited*

RONALD J. TENPAS
Assistant Attorney General

By: _/s/ Kristofor R. Swanson_____

DEVON LEHMAN McCUNE
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Tel: 303-844-1487
Fax: 303-844-1350
devon.mccune@usdoj.gov

KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0506
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendant*

Of Counsel:

JANET SPAULDING
Senior Attorney
U.S. Department of the Interior
Office of the Solicitor
Tulsa Field Office
Tulsa, OK 74145

# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT )
LIMITED, a New Mexico )
limited liability company, )
  )
     Plaintiff, )
  )
v. )     Case No: 1:07-CV-01295-RMU
  )
UNITED STATES DEPARTMENT )     Judge: Ricardo M. Urbina
OF THE INTERIOR )
BUREAU OF INDIAN AFFAIRS; )     Deck Type:   Administrative
  )                    Agency Review
     Defendant. )

## SCHEDULING ORDER

The Court anticipates that its review of this matter will be on the administrative record, that no discovery will be necessary, and that this case will be disposed of on cross motions for summary judgment. If the case for some reason is not disposed of on summary judgment, The Court will revisit discovery and scheduling issues.

The parties shall adhere to the following briefing schedule in this matter:

1.     May 16, 2008: Defendant shall cause to be forwarded to the Court the administrative record.

2.     June 27, 2008: Plaintiff and Defendant, each, shall submit a motion for summary judgment, and supporting brief.

3.     August 8, 2008: Plaintiff and Defendant, each, shall submit a response brief to the other's motion.

4.     September 19, 2008: Plaintiff and Defendant, each, shall submit a reply brief to the other's response brief.

**SO ORDERED**.

                                           _____
                                         RICARDO M. URBINA
Date: _____          United States District Judge

# ATTACHMENT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
QUANTUM ENTERTAINMENT                    )
LIMITED,                                                        )
                                                                    )
                          *Plaintiff,*                          )
                                                                    )          Case No. 1:07-cv-01295-RMU
v.                                                                )
                                                                    )
U.S. DEPARTMENT OF THE INTERIOR,   )
BUREAU OF INDIAN AFFAIRS,                  )
                                                                    )
                          *Defendant.*                         )
_____)

### [PROPOSED] SCHEDULING ORDER

Considering the Parties' Joint Motion for a Scheduling Order and respective proposed

scheduling orders, filed May 9, 2008, the deadlines for submission of the administrative record

and the Parties' cross-motions for summary judgment are as follows:

1.      Defendant will file the administrative record on or before **May 16, 2008**;

2.      Plaintiff will file its motion for summary judgment and memorandum in support thereof on or before **June 27, 2008**;

3.      Defendant will file its motion for summary judgment, and joint memorandum in support thereof and in response to Plaintiff's motion, on or before **August 8, 2008**;

4.      Plaintiff will file its joint memorandum in response and reply on or before **September 19, 2008**; and

5.      Defendant will file its reply memorandum on or before **October 31, 2008**.

SO ORDERED.

Date:_____

                                                          _____
                                                          Richard M. Urbina
                                                          United States District Judge