## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| QUANTUM ENTERTAINMENT LIMITED, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-1295 (RMU) |
| | : | | |
| v. | : | | |
| | : | | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, | : | | |
| | : | | |
| Defendant. | : | | |

# C I V I L   S C H E D U L I N G   O R D E R[1]

Upon consideration of the parties' joint motion for a briefing schedule and in order to manage this case in a manner consistent with the highest quality of justice, it is this 13th day of May 2008, hereby

**ORDERED** that the parties' joint motion is **GRANTED** and the court adopts the briefing schedule proposed by the plaintiff; and it is

**FURTHER ORDERED** that the parties file:

| | |
|---|---|
| The Administrative Record | on or before May 16, 2008; |
| Motions for Summary Judgment | on or before June 27, 2008; |
| Responses | on or before August 8, 2008; |
| Replies | on or before September 19, 2008; |
| | and it is |

---

[1] Revised January 2005.

1

**ORDERED** that counsel comply with all directives set forth in this court's Standing

Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.


RICARDO M. URBINA
United States District Judge