IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUANTUM ENTERTAINMENT LIMITED,<br><br>　　*Plaintiff,*<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS,<br><br>　　*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:07-cv-01295-RMU<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Defendant U.S. Department of the Interior, Bureau of Indian Affairs, is hereby filing the Administrative Record for the above-captioned action. The Administrative Record consists of one Compact Disc (CD) containing electronic files of the documents before the Interior Board of Indian Appeals (IBIA) when issuing its decision in *Quantum Entertainment Limited v. Acting Southwest Regional Director, BIA*, 44 IBIA 178 (2007). Plaintiff Quantum Entertainment Limited now seeks review of that decision. The Administrative Record has been certified by IBIA Chief Administrative Judge Steven K. Linscheid (Attachment 1). The CD also contains an index of the documents constituting the Administrative Record (Attachment 2). Due to the voluminous nature of the Administrative Record, the documents on the CD cannot be filed electronically through the Court's CM/ECF system. The CD will therefore be manually filed with the Clerk of the Court, with copies distributed to Plaintiff's counsel.

Respectfully submitted this 14th day of May, 2008,

                    RONALD J. TENPAS
                    Assistant Attorney General

By:    */s/ Kristofor R. Swanson*

           KRISTOFOR R. SWANSON (Colo. #39378)
           U.S. Department of Justice
           Environment & Natural Resources Division
           Natural Resources Section
           P.O. Box 663
           Washington, DC 20044-0663
           Tel: 202-305-0248
           Fax: 202-305-0506
           kristofor.swanson@usdoj.gov

           DEVON LEHMAN McCUNE
           U.S. Department of Justice
           Environment & Natural Resources Division
           Natural Resources Section
           1961 Stout St., 8th Floor
           Denver, CO 80294
           Tel: (303) 844-1487
           Fax: (303) 844-1350
           devon.mccune@usdoj.gov

           *Attorneys for Defendant*

OF COUNSEL:

JANET SPAULDING
Senior Attorney
U.S. Department of the Interior
Office of the Solicitor
Tulsa Field Office
Tulsa, OK 74145



# United States Department of the Interior

OFFICE OF HEARINGS AND APPEALS
INTERIOR BOARD OF INDIAN APPEALS
801 NORTH QUINCY STREET
SUITE 300
ARLINGTON, VA 22203

## RECORD CERTIFICATION

The undersigned hereby certifies that, to the best of his knowledge and belief, the attached record (consisting of three manila file folders, the administrative record, and the Board's final order pertaining to administrative appeal IBIA 04-21-A), constitutes the complete administrative record which was before the Board of Indian Appeals when it issued its final order in <u>Quantum Entertainment Limited v. Acting Southwest Regional Director, BIA</u>, published at 44 IBIA 178 (2007).

## Special Request of New Custodian

In the event that litigation is filed concerning the above-referenced decision, we request that the next custodian of this record immediately inform the Board of Indian Appeals. It is critical to the Board's performance that we are advised of subsequent judicial review of our decisions.

*[signature]*
Steven K. Linscheid
Chief Administrative Judge

Date of final order: March 27, 2007
Date of record certification: May 15, 2007

AR0859

ADMINISTRATIVE RECORD INDEX
Quantum Entertainment Limited v. U.S. Department of the Interior
1:07-cv-01295-RMU (D.D.C.)

| Date | Document Title | Bates Start | Bates End |
|---|---|---|---|
| 5/31/2007 | IBIA Transmittal | AR0001 | AR0001 |
| 11/21/2003 | Notice of Appeal | AR0002 | AR0022 |
| 11/25/2003 | Pre-Docketing Notice | AR0023 | AR0025 |
| 12/5/2003 | Administrative File on Quantum Entertainment Limited v. Southwest Regional Director | AR0026 | AR0157 |
| | · Table of Contents | AR0027 | AR0027 |
| | · November 25, 2003, Pre-Docketing Notice | AR0028 | AR0030 |
| | · Notice of Appeal submitted by Nancy J. Appleby (including October 23, 2003, decision letter and management agreement) | AR0031 | AR0051 |
| | · March 28, 2003, request from Pueblo Governor for review of management agreement (including table of contents) | AR0052 | AR0054 |
| | · Resolution No. SD 08-96-18 (adopting Kewa Gas Corporate Charter) | AR0055 | AR0056 |
| | · Kew Gas Corporate Charter | AR0057 | AR0083 |
| | · PRC Certificate of Authority for Kewa Gas | AR0084 | AR0084 |
| | · Resolution No. SD 05-00-02A (approving incorporation of Pueblo Gas) | AR0085 | AR0087 |
| | · Resolution No. SD 08-96-17 (approving lease of Pueblo lands to Kewa Gas) | AR0088 | AR0089 |
| | · Lease of Pueblo lands to Kewa Gas (BIA No. M20 717 50 008 0555) | AR0090 | AR0122 |
| | · Resolution No. SD 07-99-22, amending lease between Pueblo and Kewa Gas (with Amendment attached) | AR0123 | AR0128 |

| Date | Document Title | Bates Start | Bates End |
|---|---|---|---|
| (cont'd) | · *Resolution No. SD 08-96-19 (approving management agreement)* | AR0129 | AR0130 |
| | · *Management Agreement with QEL* | AR0131 | AR0140 |
| | · *Agreement to Transfer Assets from Kewa Gas to Pueblo Gas* | AR0141 | AR0145 |
| | · *December 5, 2003, Certification of Administrative File Documents* | AR0146 | AR0146 |
| | · *October 7, 2003, Title Status Report from Albuquerque Office of Lands, Titles, and Records* | AR0147 | AR0152 |
| | · *October 30, 2003, Janet Spaulding memorandum* | AR0153 | AR0157 |
| 12/15/2003 | Memo from Aurene Martin re: Assuming Jurisdiction | AR0158 | AR0159 |
| 12/16/2003 | Entry of Appearance for Janet Spaulding | AR0160 | AR0162 |
| 1/16/2004 | Order Concerning Notice of Assumption of Jurisdiction | AR0163 | AR0166 |
| 1/27/2004 | Notice of Docketing | AR0167 | AR0171 |
| 3/5/2004 | Appellant's Opening Brief | AR0172 | AR0232 |
| 3/24/2004 | Joint Request for Extension of Time | AR0233 | AR0235 |
| 4/1/2004 | Order Extending Time | AR0236 | AR0237 |
| 4/19/2004 | Appellee's Second Request for Extension of Time | AR0238 | AR0240 |
| 4/20/2004 | Appellant's Opposition to Appellee's Second Request for Extension of Time | AR0241 | AR0246 |
| 4/21/2004 | Order Granting in Part Regional Director's Requested Extension | AR0247 | AR0250 |
| 5/6/2004 | Appellee's Response Brief | AR0251 | AR0298 |
| 5/13/2004 | Letter from Janet Spaulding re: Page 12 of Assistant Secretary's GasPlus Decision | AR0299 | AR0301 |
| 6/4/2004 | Appellant's Reply to Appellee's Response Brief | AR0302 | AR0341 |

| Date | Document Title | Bates Start | Bates End |
|---|---|---|---|
| 6/11/2004 | Defendant's Motion for Summary Judgment in *GasPlus v. U.S. Dep't of the Interior* (No. 1:03-CV-1902) | AR0342 | AR0370 |
| 8/20/2004 | Letter from Appellant's Counsel re: Unsuccessful Settlement Efforts | AR0371 | AR0371 |
| 9/9/2004 | Appellee's Motion to Remand | AR0372 | AR0379 |
| 9/14/2004 | Order Allowing Responses | AR0380 | AR0381 |
| 9/15/2004 | Appellant's Response to Appellee's Motion to Remand | AR0382 | AR0412 |
| 9/29/2004 | Appellee's Reply in Support of Motion to Remand | AR0413 | AR0417 |
| 10/22/2004 | Order Issuing Stay | AR0418 | AR0420 |
| 11/15/2004 | Letter from Appellee re: District Court Ruling in *GasPlus v. U.S. Dep't of the Interior* | AR0421 | AR0423 |
| 11/18/2004 | Letter from Appellant's Counsel Resonding to 11/15/2004 Appellee Letter | AR0424 | AR0425 |
| 11/22/2004 | Order Continuing Stay | AR0426 | AR0428 |
| 12/7/2004 | Motion and Supporting Memo from Santo Domingo Pueblo for Leave to Intervene | AR0429 | AR0436 |
| 12/13/2004 | Order Concerning Motion to Intervene | AR0437 | AR0439 |
| 1/20/2005 | Appellee's Status Report and Motion to Continue Stay | AR0440 | AR0447 |
| 2/3/2005 | Appellant's Response to Appellee's Status Report and Motion to Continue Stay | AR0448 | AR0456 |
| 2/9/2005 | Order Continuing Stay | AR0457 | AR0460 |
| 3/3/2005 | Letter from Southwest Regional Office re: Returned Documents | AR0461 | AR0478 |
| 3/24/2005 | Change of Address for Janet Spaulding | AR0479 | AR0479 |
| 4/4/2005 | Notice of Withdrawal of Appellant's Counsel | AR0480 | AR0482 |
| 5/5/2005 | Appellee's Second Status Report | AR0483 | AR0489 |

| Date | Document Title | Bates Start | Bates End |
|---|---|---|---|
| 5/24/2005 | Appellant's Response to Appellee's Second Status Report | AR0490 | AR0495 |
| 8/12/2005 | Order for Status Report | AR0496 | AR0498 |
| 8/25/2005 | Appellee's Status Report in Response to Order | AR0499 | AR0503 |
| 11/22/2005 | Letter from Appellee re: *GasPlus* Decision | AR0504 | AR0519 |
| 11/23/2005 | Order Lifting Stay and Allowing Supplemental Briefing | AR0520 | AR0524 |
| 12/19/2005 | Appellee's Supplemental Brief on *GasPlus* Remand Decision | AR0525 | AR0531 |
| 12/20/2005 | Appellant's Supplemental Brief on *GasPlus* Remand Decision | AR0532 | AR0537 |
| 12/20/2005 | Santo Domingo Pueblo's Supplemental Brief on *GasPlus* Remand Decision | AR0538 | AR0650 |
| 1/6/2006 | Second Amended Complaint in *GasPlus v. U.S. Department of the Interior* (No. 1:03-CV-10902) | AR0651 | AR0663 |
| 1/13/2006 | Appellee's Reply to Appellant's Supplemental Brief | AR0664 | AR0667 |
| 1/16/2006 | Appellant's Reply to Appellee's and Santo Domingo Pueblo's Supplemental Brief | AR0668 | AR0674 |
| 1/10/2006 | Santo Domingo Pueblo Supplemental Reply Brief | AR0675 | AR0680 |
| 1/17/2006 | Appellee's Reply to Santo Domingo Pueblo's Supplemental Brief | AR0681 | AR0683 |
| 1/27/2006 | Santo Domingo Pueblo Motion Requesting Board Acceptance of Entire Supplemental Brief Previously Submitted | AR0684 | AR0688 |
| 2/10/2006 | Appellant's Response to Santo Domingo Pueblo Motion Requesting Board Acceptance of Entire Supplemental Brief Previously Submitted | AR0689 | AR0693 |
| 2/15/2006 | Order Granting in Part Request to Strike and Order Allowing Reply Brief | AR0694 | AR0696 |
| 2/14/2006 | Appellee's Combined Response to Cross Motions | AR0697 | AR0700 |
| 2/16/2006 | Order Denying Regional Director's Request to Submit Reply | AR0701 | AR0704 |

| Date | Document Title | Bates Start | Bates End |
|---|---|---|---|
| 2/24/2006 | Appellant's Unopposed Motion to Extend Briefing Deadline | AR0705 | AR0708 |
| 2/27/2006 | Order Granting Extension | AR0709 | AR0710 |
| 3/20/2006 | Appellant's Reply to Santo Domingo Pueblo's Supplemental | AR0711 | AR0722 |
| 8/11/2006 | Order for Briefing on Jurisdiction | AR0723 | AR0727 |
| 9/14/2006 | Appellee's Brief in Response to Order Concerning Jurisdiction | AR0728 | AR0737 |
| 9/15/2006 | Appellant's Opening Brief on Issue of Standing | AR0738 | AR0749 |
| 9/15/2006 | Santo Domingo Pueblo's Response to Order for Briefing Jurisdiction | AR0750 | AR0763 |
| 9/29/2006 | Appellee's Reply Brief on Standing | AR0764 | AR0785 |
| 10/3/2006 | Appellant's Brief in Response to Appellee's and Santo Domingo Pueblo's Briefing on Jurisdiction | AR0786 | AR0801 |
| 10/3/2006 | Santo Domingo Pueblo's Answer Brief in Response to Order for Briefing on Jurisdiction | AR0802 | AR0807 |
| 12/11/2006 | Appellee's Notice of Ruling by District Court re: Due Process Claim in GasPlus | AR0808 | AR0824 |
| 12/15/2006 | Appellant's Response to Appellee's Submission of GasPlus Decision | AR0825 | AR0825 |
| 3/27/2007 | Order Affirming in Part, Abstaining in Part, and Dismissing in Part (44 IBIA 178) | AR0826 | AR0858 |
| 5/15/2007 | IBIA Record Certification | AR0859 | AR0859 |