UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GASPLUS, a New Mexico limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:03-CV-1902 |
| | ) | Judge Rosemary M. Collyer |
| UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF INDIAN AFFAIRS, | ) ) ) ) | |
| Defendants. | ) ) | |

## ERRATA NOTICE

Plaintiff GasPlus hereby gives notice that a replacement page 19 of Plaintiff GasPlus'

Reply to Defendant's Opposition to GasPlus' Petition for Attorneys' Fees, correcting the

signature block for Bracewell & Guiliani, LLP, is attached hereto.

BRACEWELL & GIULIANI, LLP
Shelby J. Kelley
D.C. Bar Number 464248
Nancy J. Appleby
D.C. Bar Number 470995
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone:  (202) 828-5800
FAX:  (202) 223-1225

-and-

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:___*/s/ Mark A. Smith*_____
        Mark A. Smith (Appearing under Minute Order
        dated 7/11/05, Granting Pro Hac Vice Motion)
        Post Office Box 1888
        Albuquerque, New Mexico 87103
        Telephone: (505) 768-7500
        FAX: (505) 768-7395

**ATTORNEYS FOR GASPLUS**

CERTIFICATE OF SERVICE

        Pursuant to Fed R. Civ. P. 5(b)(2)(D) and the Local Rules, I hereby certify that on June 25, 2008, a true copy of the foregoing pleading was filed electronically.  Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system and U.S. mail, and the parties may access this filing through the Court's system:

        Devon Lehman McCune
        U.S. Department of Justice
        Environment and Natural Resources Division
        1961 Stout Street, 8th Floor
        Denver, CO 80294

                        By __*/s/ Mark A. Smith*_____

2

for issues upon which it was not successful is incorrect as a matter of law.  The BIA
distorted GasPlus' bills in order to make it appear that its lawyers spent time in meetings,
when they were performing other work on the case.  The BIA accuses GasPlus' lawyers
of wasting money on staffing when, in fact, the staffing method the BIA complains about
saved legal fees.  And GasPlus prevailed on the ultimate and central issue in the case:
whether the contract was subject to Section 81.  None of this would have been necessary
had the BIA not intentionally flouted the law.  GasPlus cannot get its business back, but it
at least should be paid its legal fees.  GasPlus renews its request for an award of
$268,014.50.  (Application, at 16.)

Respectfully submitted,

BRACEWELL & GIULIANI, LLP
Shelby J. Kelley
D.C. Bar Number 464248
Nancy J. Appleby
D.C. Bar Number 470995
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone:  (202) 828-5800
FAX:  (202) 223-1225

-and-

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: ____/s/ Mark A. Smith_____
Mark A. Smith (Appearing under Minute Order
dated 7/11/05, Granting Pro Hac Vice Motion)
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 768-7500
FAX: (505) 768-7395

***ATTORNEYS FOR GASPLUS***