IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUANTUM ENTERTAINMENT limited, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, )<br>BUREAU OF INDIAN AFFAIRS, )<br>)<br>      Defendant. )<br>) | Case No. 1:07-cv-01295-RMU |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 8.36(b), please withdraw the appearance of Mark A. Smith, as counsel for Plaintiff in the above-captioned matter. Nancy J. Appleby and Shelby J. Kelley of Bracewell & Giuliani LLP, whose appearances have been entered in this matter, continue to represent the Plaintiff in this matter.

      Respectfully submitted,

      BRACEWELL & GIULIANI, LLP
      Shelby J. Kelley
      D.C. Bar Number 464248
      Nancy J. Appleby
      D.C. Bar Number 470995
      2000 K Street, N.W., Suite 500
      Washington, DC 20006-1872
      Telephone:  (202).828-5800
      FAX:  (202).223-1225

      -and-

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   */s/ Mark A. Smith*
    Mark A. Smith (Appearing under Minute Order
    dated 3/11/08, Granting Pro Hac Vice Motion)
    Post Office Box 1888
    Albuquerque, New Mexico 87103
    Telephone: (505).768-7500
    FAX: (505).768-7395

## **CERTIFICATE OF SERVICE**

Pursuant to Fed R. Civ. P. 5(b)(2)(D) and the Local Rules, I hereby certify that on June 27, 2008, a true copy of the foregoing pleading was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system, and the parties may access this filing through the Court's system:

Devon Lehman McCune
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
1961 Stout Street
8th Floor
Denver, CO 80294
Email: devon.mccune@usdoj.gov

Kristofor R. Swanson
U.S. DEPARTMENT OF JUSTICE
P.O. Box 663
Washington, DC 20044
Email: kristofor.swanson@usdoj.gov

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   */s/ Mark A. Smith*
    Mark A. Smith