IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT LIMITED,  )
a New Mexico limited liability company,  )
107 Rabbit Road  )
Sante Fe, NM 87508  )
    Plaintiff,  )
      )
    v.  )   Case No.: 1:07-cv-01295 RMU
      )
UNITED STATES DEPARTMENT  )
OF THE INTERIOR  )
BUREAU OF INDIAN AFFAIRS,  )
1849 C Street NW  )
Washington, D.C. 20240  )
Mail Stop 4140  )
    Defendant.  )

## MOTION TO ADMIT COUNSEL, *PRO HAC VICE*

The undersigned, counsel for Plaintiff, Quantum Entertainment Limited ("QEL"), pursuant to LCvR 83.2(d), hereby moves this court for an Order permitting Charles K. Purcell to enter his appearance on behalf of QEL in this proceeding and to practice before this Court in connection with this matter. In support of this Motion, the undersigned states as follows:

    1.    The undersigned is an attorney employed by Bracewell & Giuliani LLP, 2000 K Street, N.W., Suite 500, Washington, DC 20006, and is a member in good standing of this Court.

    2.    As set forth in the Declaration of Charles K. Purcell, which is attached hereto as Exhibit A, and incorporated herein by reference, Mr. Purcell is an attorney employed by Rodey, Dickason, Sloan, Akin & Robb, P.A., and is a member in good standing of the Bar of the State of New Mexico. Mr. Purcell has never been disciplined by any bar, and he has not been admitted *pro hac vice* in this Court within the last two years.

3. In accordance with the Rules, Mr. Purcell will appear in association with the undersigned in all appearances before this court.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this court enter an Order permitting Charles K. Purcell to enter his appearance on behalf of QEL in this proceeding and to practice before the Court in this matter.

                Respectfully submitted,

*/s/ Shelby Kelley*

Nancy J. Appleby
D.C. Bar Number 470995
Shelby J. Kelley
D.C. Bar Number 464248
Bracewell & Giuliani LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006-1872
Telephone: (202) 828-5800
FAX: (202) 223-1225
nancy.appleby@bgllp.com
shelby.kelley@bgllp.com

Date: July 17, 2008         COUNSEL FOR QEL

DC/243998v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Admit Counsel, Pro Hac Vice was sent by first class mail, postage prepaid, this 17 of July, 2008 to:

Devon Lehman McCune
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
1961 Stout Street
8th Floor
Denver, CO 80294
Email: devon.mccune@usdoj.gov

Kristofor R. Swanson
U.S. DEPARTMENT OF JUSTICE
P.O. Box 663
Washington, DC 20044
Email: kristofor.swanson@usdoj.gov

_____
Shelby J. Kelley, Esq.

DC/243998.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT LIMITED, )
a New Mexico limited liability company, )
107 Rabbit Road, Santa Fe, NM 87508 )
)
Plaintiff, )      No. 1:07-cv-01295 RMU
)
-vs- )
)
UNITED STATES DEPARTMENT )
OF THE INTERIOR )
BUREAU OF INDIAN AFFAIRS, )
1849 C Street NW )
Washington, D.C. 20240 )
Mail Stop 4140, )
)
Defendant. )

## DECLARATION OF CHARLES K. PURCELL

I, Charles K. Purcell, state as follows:

1. My full name is Charles Kipps Purcell.

2. My office address and telephone number are: Post Office Box 1888, Albuquerque, New Mexico 87103; 505-768-7217.

3. I am admitted to practice law in the State of New Mexico.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in the U.S. District Court for the District of Columbia in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending with the District of Columbia Bar.

*K. Purcell*
Charles K. Purcell
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone  :  505-768-7217
FAX        :  505-768-7395

STATE OF NEW MEXICO   )
                      ) ss.
COUNTY OF BERNALILLO  )

Subscribed and sworn to before me this 15th day of July, 2008, by Charles K. Purcell.

*Cynthia L. Montano*
Notary Public

My Commission Expires:

04-18, 2010

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUANTUM ENTERTAINMENT LIMITED, )
a New Mexico limited liability company, )
                                                                  )
     Plaintiff, )
                                                                 )
     v. )    Case No.: 1:07-cv-01295 RMU
                                                                  )
UNITED STATES DEPARTMENT )
OF THE INTERIOR )
BUREAU OF INDIAN AFFAIRS, )
                                                                  )
     Defendant. )

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Admit Counsel, *Pro Hac Vice,* and it appearing that Charles K. Purcell is qualified under the Rules to practice before this Court, it is this ____ day of _____, 2008, hereby

ORDERED, that the Motion to Admit Counsel, *Pro Hac Vice* be, and the same hereby is, GRANTED, and that Charles K. Purcell shall be permitted to practice before this Court on behalf of Plaintiff in all matters related to the captioned proceedings.

                                                                   _____
                                                                   Judge Ricardo M. Urbina

cc:    Nancy J. Appleby
       Shelby J. Kelley
       Bracewell & Giuliani LLP
       2000 K Street, N.W., Suite 500
       Washington, DC  20006
       nancy.appleby@bgllp.com
       shelby.kelley@bgllp.com

       Charles K. Purcell
       Rodey, Dickason, Sloan, Akin & Robb, P.A.
       P.O. Box 1888
       Albuquerque, New Mexico 87103
       kpurcell@rodey.com

Devon Lehman McCune
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
1961 Stout Street
8th Floor
Denver, CO 80294
Email: devon.mccune@usdoj.gov

Kristofor R. Swanson
U.S. DEPARTMENT OF JUSTICE
P.O. Box 663
Washington, DC 20044
Email: kristofor.swanson@usdoj.gov